FILED
MAR -6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. '08CR 0659 JLS |
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 8, U.S.C., Sec. 1325 – Illegal Entry (Misdemeanor); |
| RUBEN JURADO-CIRNES, | Title 8, U.S.C., Sec. 1325 – Illegal Entry (Felony) |
| Defendant. | |

The United States Attorney charges:

Count 1

On or about 10/10/06 _____, within the Southern District of California, defendant RUBEN JURADO-CIRNES, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

CPH:es:San Diego
2/19/08

<u>Count 2</u>

On or about ~~February 7, 2008~~ 9·27·07, within the Southern District of California, defendant RUBEN JURADO-CIRNES, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 3/6/08

KAREN P. HEWITT
United States Attorney

CAROLINE P. HAN
Assistant U.S. Attorney