AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| RUBEN JURADO-CIRNES | CASE NUMBER: 08mj0305 |

**FILED MAR - 6 2008**
08 CR 659 JLS

I, RUBEN JURADO-CIRNES, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6 March 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Ruben Jurado C._
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER