1 | CANDIS MITCHELL
California Bar No. 242797
2 | FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 | San Diego, California 92101-5008
Telephone: (619) 234-8467
4 | Candis_Mitchell@fd.org

Attorneys for Mr. Ruben Jurardo-Cirnes

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 08CR0659-JLS |
| v. | ) | |
| RUBEN JURADO-CIRNES, | ) | ORDER FOR UNITED STATES MARSHAL-ESCORTED FURLOUGH |
| Defendant. | ) | |

**FOR GOOD CAUSE SHOWN, IT IS ORDERED THAT:**

1. To the extent possible, the United States Marshal Service shall make arrangements with El Camino Memorial, 607 National City Boulevard, Nat'l City, California for a private viewing of Mr. Jurado-Cirnes' son, Jesus Manuel Pintor.

2. Once arrangements have been make, the United States Marshal Service shall transport and produce Ruben Jurardo-Cirnes, USM# 07160-298, for a private viewing at such time and place as arranged by the U.S. Marshal and the El Camino Memorial.

IT IS SO ORDERED.

Date: 3/21/08

JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE

08CR0659-JLS