UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff/Respondent,<br>v.<br>RUBEN JURADO-CIRNES,<br>Defendant/Petitioner. | ) | Civil No. 08-CV-1366-JLS<br>Criminal No. 08-CR-0659-JLS<br><br>**ORDER DISMISSING PETITIONER'S MOTION UNDER 28 U.S.C. § 2255** |

Currently pending before the Court is Petitioner's Motion for Time Reduction by an Inmate in Federal Custody brought pursuant to 28 U.S.C. § 2255. The Court has reviewed the record in this case which establishes that Petitioner waived both his right to appeal and to collaterally attack his conviction and sentence. (Plea Agreement at 3, ¶ 12.) Petitioner's motion raises no challenge to the validity of this waiver,[1] therefore this Court lacks jurisdiction to consider any collateral challenge to his conviction and sentence. *See Washington v. Lampert*, 422 F.3d 864, 869 (9th Cir. 2005) (recognizing that sentencing agreement's valid waiver of the right to file a federal habeas petition deprives district court of jurisdiction to hear case).

/ / /

[1] The sole basis for relief presented in Petitioner's motion is the allegation that Petitioner's sentence fails to provide equal protection under the United States Constitution because Petitioner, a citizen of Mexico, is not entitled to participate in a drug rehabilitation program during his incarceration.

Accordingly, Petitioner's Motion for Time Reduction by an Inmate in Federal Custody pursuant to 28 U.S.C. § 2255 is **DISMISSED**.

**IT IS SO ORDERED.**

DATED: December 22, 2008

Honorable Janis L. Sammartino
United States District Judge